RENE L. VALLADARES
Acting Federal Public Defender
State Bar No. 11479
JONATHAN SUSSMAN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 (Voice)
(702) 388-6261 (Fax)

Attorney for Defendant,
 Barnaby Kue Ly

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-cr-00382-JCM-RJJ |
| Plaintiff, | **UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| BARNABY KUE LY, | |
| Defendant. | |

Defendant, Barnaby Kue Ly moves this Court for a modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145.  This motion seeks permission for Mr. Ly to visit his Aunt in Brookfield, Wisconsin from June 29 through July 6 at an address that has been provided to Pretrial Services.

Mr. Ly was arrested for False Statement in Application and Use of Passport and Misuse of Passport in the above-captioned case.  He was brought before this Court on April 12, 2011. He was released pursuant to the following conditions:

(a) report to Pretrial Services,

(b) maintain or actively seek employment,

(c) surrender any passport,

(d) obtain no passport,

1

1    (e) not travel outside of District of Nevada,

2    (f)  participate in one of the location monitoring: home detention ,

3    (g) submit to location monitoring:  Radio Frequency (RF) monitoring,

4    (h) shall not use any identifier, access devices, or accounts unless under true name

5    (i) maintain current residence.

6        Mr. Ly seeks permission to temporarily modify his conditions of pretrial release to

7    allow him to travel to visit his Aunt for the holidays.  His Aunt lives in Brookfield, Wisconsin at an

8    address and telephone number that has been provided to Pretrial Services.  Mr. Ly would be

9    departing Las Vegas, Nevada on June 29, 2011. He would be returning to his home on July 6, 2011.

10   His itinerary has been provided to Pretrial Services.

11       Pretrial Services does not oppose this temporary modification.  The government also

12   does not oppose this temporary modification.  Mr. Ly, thus, requests that this Court allow him to

13   travel to visit his Aunt in Brookfield, Wisconsin from June 29 until July 6, 2011.

14       DATED this 10th day of June, 2011.

15                                       RENE L. VALLADARES
                                         Acting Federal Public Defender
16

17                                       /s/ Jonathan Sussman
                                         _____
18                                       JONATHAN SUSSMAN
                                         Assistant Federal Public Defender
19                                       Counsel for Barnaby Kue Ly

20

21

22

23

24

25

26

27

28

1

UNITED STATES DISTRICT COURT

2

DISTRICT OF NEVADA

3

* * *

4

5

UNITED STATES OF AMERICA,

2:05-cr-00382-JCM-RJJ

6

Plaintiff,

**ORDER TO TEMPORARILY MODIFY
CONDITIONS OF PRETRIAL RELEASE**

7

vs.

8

BARNABY KUE LY,

9

Defendant.

10

11

Defendant, Barnaby Kue Ly, having moved this Court for modification of his

conditions of pretrial release pursuant to 18 U.S.C. §3145 and Pretrial Services and the Government

12

having consented to a modification of the conditions of pretrial release,

13

IT IS HEREBY ORDERED THAT Defendant Barnaby Kue Ly will be permitted to

14

travel to visit his Aunt in Brookfield, Wisconsin from June 29 through July 6, 2011.

15

IT IS FURTHER ORDERED THAT, prior to traveling to visit his Aunt, Mr. Ly must

16

provide the details and itinerary of his travel, including contact information for where and with

17

whom he will be staying, to Pretrial Services.

18

Dated this 16th day of June, 2011.

19

20

_____
UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

**CERTIFICATE OF ELECTRONIC SERVICE**

       The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

       That on June 10, 2011, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101


/s/ Claudia Lopez
_____
Claudia Lopez, an Employee of the Law Office of the Federal Public Defender