RENE L. VALLADARES
Acting Federal Public Defender
State Bar No. 11479
JONATHAN SUSSMAN
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 (Voice)
(702) 388-6261 (Fax)

Attorney for Defendant,
Barnaby Kue Ly

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | **2:05-cr-382-JCM-RJJ** |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| BARNABY KUE LY, | |
| Defendant. | |

   Defendant, Barnaby Kue Ly moves this Court for a modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145. This motion seeks permission for Mr. Ly to visit Sacramento, California to attend his uncle's funeral from July 15 through July 18 at an address that will be provided to Pretrial Services.

   Mr. Ly was arrested for False Statement in Application and Use of Passport and Misuse of Passport in the above-captioned case. He was brought before this Court on April 12, 2011. He was released pursuant to the following conditions:

   (a) report to Pretrial Services,

   (b) maintain or actively seek employment,

   (c) surrender any passport,

   (d) obtain no passport,

1

   (e) not travel outside of District of Nevada,

   (f)  participate in one of the location monitoring: home detention ,

   (g) submit to location monitoring:  Radio Frequency (RF) monitoring,

   (h) shall not use any identifier, access devices, or accounts unless under true name

   (i) maintain current residence.

  Mr. Ly seeks permission to temporarily modify his conditions of pretrial release to allow him to travel to Sacramento, California in order to attend the funeral service of his Uncle Long Lor.  Mr. Ly would be departing Las Vegas, Nevada on July 15, 2011. He would be returning to his home on July 18, 2011.  His itinerary has been provided to Pretrial Services.

  Pretrial Services does not oppose this temporary modification.  The government also does not oppose this temporary modification.  Mr. Ly, thus, requests that this Court allow him to travel to visit Sacramento, California from July 15, 2011 to July 18, 2011

  DATED this 14th day of July, 2011.

            RENE L. VALLADARES  
            Acting Federal Public Defender

            /s/ Jonathan Sussman  
            JONATHAN SUSSMAN  
            Assistant Federal Public Defender  
            Counsel for Barnaby Kue Ly

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BARNABY KUE LY,<br><br>　　　　　　Defendant. | 2:05-cr-382-JCM-RJJ<br><br>**ORDER TO TEMPORARILY MODIFY<br>CONDITIONS OF PRETRIAL RELEASE** |

　　　　Defendant, Barnaby Kue Ly, having moved this Court for modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145 and Pretrial Services and the Government having consented to a modification of the conditions of pretrial release,

　　　　IT IS HEREBY ORDERED THAT Defendant Barnaby Kue Ly will be permitted to travel to travel to Sacramento, California from July 15 through July 18, 2011.

　　　　IT IS FURTHER ORDERED THAT, prior to traveling, Mr. Ly must provide the details and itinerary of his travel, including contact information for where and with whom he will be staying, to Pretrial Services.

　　　　DATED this 15th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 14, 2011, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** by electronic service (ECF) to the person named below:

DANIEL BOGDEN
United States Attorney
GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

　　　/s/ Nancy Vasquez
Nancy Vasquez, an Employee of the Law Office of the Federal Public Defender